IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARMOD RASHAD JAHMAL BOSWELL, )
a.k.a., Armond Boswell,                    )
                                                        )
            Plaintiff,                             )
                                                        )
      v.                                              )      CIVIL ACTION NO. 2:18-CV-715-ALB
                                                        )
OFFICER B. PATE, et al.,                   )
                                                        )
            Defendants.                          )

## ORDER

On July 30, 2019, the Magistrate Judge entered a Recommendation (Doc. 25) to

which no timely objections have been filed.  After an independent review of the file and

upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with

an order of this court;

3. Other than the filing fee assessed to the plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 30th day of October 2019.


                                    /s/ Andrew L. Brasher
                              ANDREW L. BRASHER
                              UNITED STATES DISTRICT JUDGE